IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLENDA G. MORGAN**                                                          **PLAINTIFF**

Case No. 4:05-cv-988

**JO ANNE B. BARNHART,**
**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that judgment is hereby entered reversing the decision of the Commissioner and remanding Plaintiff's case for further development of the record. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 111 S. Ct. 2157 (1991).

IT IS SO ORDERED THIS 8th day of March, 2007.

                                                                  /s/Garnett Thomas Eisele_____
                                                                  UNITED STATES DISTRICT JUDGE